**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7415**

———————

JOHN WAYNE MCLAUGHLIN-COX,

Plaintiff - Appellant,

versus

MARYLAND PAROLE COMMISSION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Marvin J. Garbis, Senior District Judge.
(CA-02-4204-MJG)

———————

Submitted:  December 18, 2003      Decided:  January 16, 2004

———————

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John McLaughlin-Cox, Appellant Pro Se.   Susan Howe Baron,
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, Baltimore,
Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John McLaughlin-Cox appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McLaughlin-Cox v. Maryland Parole Comm'n, No. CA-02-4204-MJG (D. Md. Aug. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED